GRANTED

*Morris B. Hoffman* signature

**Morris B. Hoffman**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock Street<br>Denver, Colorado 80202<br><br>ROBERT RECORD,<br><br>    Plaintiff,<br>v.<br><br>HEALTHONE OF DENVER, INC., a Tennessee corporation; DENVER MID-TOWN SURGERY CENTER, LTD., a Colorado corporation; COLORADO ANESTHESIA CONSULTANTS, P.C., a Colorado corporation; and JOHN VALENTINE, M.D.<br><br>    Defendants. | ▲COURT USE ONLY▲<br><br>Case Number: 2010cv1410<br><br>Div./Ctrm.: 3 |

**ORDER GRANTING HEALTHONE OF DENVER, INC.'S AND DENVER MID-TOWN SURGERY CENTER LTD.'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

    This matter comes before the Court on Defendants HealthONE of Denver, Inc's and Denver Mid-Town Surgery Center Ltd.'s Motion for Extension of Time to File a Responsive Pleading. Upon review of the Motion, and the file, the Court finds good cause for the requested relief.

    IT IS HEREBY ORDERED that Defendants Motion for Extension of Time is granted during the pendency of Defendant Valentine's Motion To Stay. In the event this Court denies the Motion to Stay, Defendants shall have ten (10) days from the date of the Court's order denying the Motion to Stay within which to file their answer or other responsive pleading to Plaintiff's Complaint.

    Dated: _____

                                                                District Court Judge

Exhibit AA

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Denver County District Court 2nd JD

**Judge:** Morris B Hoffman

**File & Serve Transaction ID:** 30563996

**Current Date:** Apr 15, 2010

**Case Number:** 2010CV1410

**Case Name:** RECORD, ROBERT vs. HEALTHONE OF DENVER INC et al

**Court Authorizer:** Morris B Hoffman

**/s/ Judge Morris B Hoffman**