| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street<br>Denver, Colorado 80202 | EFILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Apr 28 2010 9:57AM MDT<br>Filing ID: 30817635<br>Review Clerk: Cameron M Munier |
| ROBERT RECORD,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHONE OF DENVER, INC., et al.,<br><br>Defendants. | Case No. 10CV1410<br><br>COURTROOM 3 |
| **ORDER** | |

    Defendant Valentine's "Motion to Stay All Proceedings Regarding Defendant John Valentine, M.D.," filed March 18, 2010, is DENIED. This denial is without prejudice to Defendant Valentine's right to move for a stay if criminal charges against him are actually filed.

    Pursuant to my Order dated April 15, 2010, those Defendants who have not yet answered or otherwise responded to the complaint shall do so in 10 days.

DONE THIS 28TH DAY OF APRIL, 2010.

                                                    BY THE COURT:

                                                    Morris B. Hoffman<br>
                                                    District Court Judge

cc: All counsel

                                                                              Exhibit EE