

**GRANTED**

*Morris B. Hoffman* (signature)
**Morris B. Hoffman**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>1437 Bannock Street<br>Denver, CO 80202<br>**Plaintiff:**<br><br>ROBERT RECORD<br><br>v.<br><br>**Defendants:**<br>HEALTHONE OF DENVER, INC., a Tennessee corporation;<br><br>DENVER MID-TOWN SURGERY CENTER, LTD., a Colorado corporation;<br><br>COLORADO ANESTHESIA CONSULTANTS, P.C., a Colorado corporation; and<br><br>JOHN VALENTINE M.D. | ▲ **COURT USE ONLY** ▲ |
| **Attorney:**<br>Paul Maxon<br>The Law Office of Paul Maxon, P.C.<br>1406 Pearl Street, Suite 200<br>Boulder, CO 80302<br>Phone (303) 473-9999<br>Fax (303) 473-9993<br>paulmaxon@maxonlaw.com<br>Atty. Reg. #: 037251 | Case Number: 2010-cv-1410<br><br><br>Division: 3<br>Courtroom: 3 |
| **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COMPLAINT AGAINST DEFENDANT COLORADO ANESTHESIA CONSULTANTS, P.C.** | |

THIS COURT having reviewed Plaintiff's Motion for Extension of Time to Respond to Motion to Dismiss Complaint Against Defendant Colorado Anesthesia Consultants, P.C., and having been fully advised in the premises,

IT IS HEREBY ORDERED that Defendants' Motion for Extension of Time is GRANTED. Plaintiff shall have up to and including May 6, 2010 to respond to the Motion to Dismiss Complaint Against Defendant Colorado Anesthesia Consultants, P.C.

2

DATED this _____ day of April 2010.

BY THE COURT:

_____
District Court Judge

2

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Judge:** | Morris B Hoffman |
| **File & Serve Transaction ID:** | 30802676 |
| **Current Date:** | Apr 29, 2010 |
| **Case Number:** | 2010CV1410 |
| **Case Name:** | RECORD, ROBERT vs. HEALTHONE OF DENVER INC et al |
| **Court Authorizer:** | Morris B Hoffman |

**/s/ Judge Morris B Hoffman**