GRANTED

Morris B. Hoffman
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

District Court, City and County of Colorado
Street Address: 1437 Bannock Street, Denver, CO 80202

**Plaintiff:**

Robert Record

**v.**

**Defendants:**

HEALTHONE OF DENVER, INC., a Tennessee corporation;

DENVER MID-TOWN SURGERY CENTER, LTD., a Colorado corporation;

COLORADO ANESTHESIA CONSULTANTS, P.C., a Colorado corporation; and

JOHN VALENTINE, M.D.

▲ COURT USE ONLY ▲

| | |
|---|---|
| Attorney for Colorado Anesthesia Consultants, P.C.: Tamara K. Vincelette, Esq. Tamara K. Vincelette, P.C. 140 E. 19th Ave, 3rd Floor Denver, CO 80203 Phone Number: 303-350-5836    E-mail:tkv@tkvlaw.com FAX Number: 303-861-0037    Atty. Reg.#:16352 | Case Number: 2010-cv-1410 Division 3    Courtroom 3 |

**ORDER RE: UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF DEFENDANT COLORADO ANESTHESIA CONSULTANTS, P.C.'S MOTION TO DISMISS**

**The Court**, having reviewed Defendant Colorado Anesthesia Consultants, P.C. ("CAC")'s Unopposed Motion for Extension of Time to Reply in Support of Defendant CAC's Motion to Dismiss, having reviewed the file and being fully informed in the Premises,

Now hereby Orders that Defendant CAC's Motion is ___ Granted    ___ Denied.

Done this ____ day _____ 2010.

_____
District Court Judge

Exhibit MM

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Denver County District Court 2nd JD
**Judge:** Morris B Hoffman
**File & Serve Transaction ID:** 31155672
**Current Date:** May 20, 2010
**Case Number:** 2010CV1410
**Case Name:** RECORD, ROBERT vs. HEALTHONE OF DENVER INC et al
**Court Authorizer:** Morris B Hoffman

**/s/ Judge Morris B Hoffman**