| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street<br>Denver, Colorado 80202 | EFILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Aug 19 2010 4:32PM MDT<br>Filing ID: 32771043<br>Review Clerk: Cameron M Munier |
|---|---|
| ROBERT RECORD,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHONE OF DENVER, INC., et al.,<br><br>Defendants. | Case No. 10CV1410<br><br><br>COURTROOM 3 |
| **ORDER** | |

Defendant Colorado Anesthesia Consultants, P.C.'s ("CAC's") "Motion to Dismiss," filed April 6, 2010, is DENIED.

In my judgment, Plaintiff has alleged sufficient facts which, if true, establish both a duty running from CAC to Plaintiff sounding in negligent supervision and a breach of that duty. It is also clear to me that nothing in § 12-36-134 precludes a negligent supervision claim against a professional services corporation. That statute precludes vicarious liability, but a claim of negligent supervision is a stand-alone claim, not a vicarious one. *E.g., Connes v. Molalla Transport Sys., Inc.*, 831 P.2d 1316, 1320-21 (Colo. 1992).


DONE THIS 19TH DAY OF AUGUST, 2010.



BY THE COURT:

*[signature]*

Morris B. Hoffman
District Court Judge



cc: All counsel


Exhibit SS