IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03106-REB-MJW

ROBERT RECORD,

Plaintiff(s),

v.

HEALTHONE OF DENVER, INC.,
DENVER MID-TOWN SURGERY CENTER, LTD,
COLORADO ANESTHESIA CONSULTANTS, P.C.,
JOHN VALENTINE,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Combined Notice of Withdrawal of Previous Motion to Amend Complaint and Revised Motion to Amend Complaint (docket no. 33) is GRANTED for the following reasons.

It is FURTHER ORDERED that docket no. 20 is WITHDRAWN.

It is FURTHER ORDERED that Second Amended Complaint and Jury Demand (docket no. 33) is ACCEPTED for filing as of this date of this minute order and is the operative pleading in this case.

Rule 15(a) of the Federal Rules of Civil Procedure provides that "[t]he court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." Frank v. U.S. West, Inc., 3 F.3d 1357, 1365 (10th Cir. 1993) (citations omitted).

It is FURTHER ORDERED that parties shall file all future documents with the correct case number **10-cv-03106-REB-MJW.**

Date:   January 28, 2011