IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03106-REB-MJW

ROBERT RECORD,

Plaintiff(s),

v.

HEALTHONE OF DENVER, INC.,
DENVER MID-TOWN SURGERY CENTER, LTD,
COLORADO ANESTHESIA CONSULTANTS, P.C.,
JOHN VALENTINE,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket number 58) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket number 58-1) is APPROVED as AMENDED in paragraph 11 and made an Order of Court.

Date: March 4, 2011