IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03106-REB-MJW

ROBERT RECORD,

Plaintiff(s),

v.

HEALTHONE OF DENVER, INC.,
DENVER MID-TOWN SURGERY CENTER, LTD,
COLORADO ANESTHESIA CONSULTANTS, P.C.,
JOHN VALENTINE,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Vacate Settlement Conference, DN 66, filed with the Court on March 23, 2011, is GRANTED. The Settlement Conference set on May 19, 2011, at 1:30 p.m., is VACATED. On or before May 31, 2011, the parties shall submit a written status report advising the outcome of their mediation session scheduled for May 23, 2011.

Date: March 24, 2011