IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:10-cv-03106-REB-MJW

ROBERT RECORD,

    **Plaintiff,**

v.

HEALTHONE OF DENVER, INC.,
DENVER MID-TOWN SURGERY CENTER, LTD.,
COLORADO ANESTHESIA CONSULTANTS, P.C.,
JOHN VALENTINE,

    **Defendants.**

---

## [PROPOSED] ORDER GRANTING DEFENDANT JOHN VALENTINE, M.D.'S MOTION FOR PROTECTIVE ORDER

---

THIS MATTER having come before the Court on Defendant John Valentine, M.D.'s Motion for Protective Order (the "Motion"), and the Court having been fully advised in the premises, hereby FINDS and ORDERS as follows:

1. Defendant John Valentine, M.D.'s Motion is GRANTED in its entirety.

2. A Protective Order is hereby entered forbidding disclosure of the documents identified in the Motion, as they are subject to the following statutory and/or common law protections:

    (a) records pertaining to professional peer review committees protected by C.R.S. § 12-36.5-104(10) and 12-36.5-104.4(2)(b);

    (b) records pertaining to proceedings before the Colorado Board of Medical Examiners protected by C.R.S. § 12-36-118(10); and

(c) John Valentine, M.D.'s confidential personal information, including financial and personal health information, not subject to discovery.

Dated this _____, 2011.

                                                                                                                              _____
                                                                                                                              United States District Judge