IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03106-REB-MJW

ROBERT RECORD,

Plaintiff,

v.

HEALTHONE OF DENVER, INC.,
DENVER MID-TOWN SURGERY CENTER, LTD,
COLORADO ANESTHESIA CONSULTANTS, P.C.,
JOHN VALENTINE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Modify the Scheduling Order (docket no. 82) is GRANTED finding good cause shown. Initially, at the Rule 16 Scheduling Conference on March 1, 2011, the parties informed this court that there would be no experts. Accordingly, this court did not set any deadlines concerning experts in the Rule 16 Scheduling Order (docket no. 56). It appears now that Plaintiff believes he needs to endorse an expert on the issue of emotional distress. Plaintiff's endorsed expert is Dr. Walter J. Torres. Accordingly, it is FURTHER ORDERED that the deadline to disclose experts is June 1, 2011, and the deadline to disclose rebuttal experts is August 1, 2011. Each party may designate one expert witness. The Rule 16 Scheduling Order (docket no. 56) is amended consistent with this minute order.

Date: May 9, 2011