IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03106-REB-MJW

ROBERT RECORD,

Plaintiff,

v.

HEALTHONE OF DENVER, INC.,
DENVER MID-TOWN SURGERY CENTER, LTD,
COLORADO ANESTHESIA CONSULTANTS, P.C.,
JOHN VALENTINE,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Colorado Medical Board's Supplemental Motion to Modify Subpoena Duces Tecum or for Protective Order and Request for Supplement Order (docket no. 90) is GRANTED for those reasons stated within the subject motion which this court incorporates by reference. Moreover, the court finds that Plaintiff has failed to timely file any Response to this motion and this court deems this motion confessed.

It is FURTHER ORDERED that this court's ORDER dated May 26, 2011 (docket no. 86) is amended as follows. The Subpoena Duces Tecum is further quashed as to additional documents identified herein as pages 139, 140, 320, 321, 322, 323, 324, 325, 326, 327, 328, 329, 332, 352, 471, 472, 473, 474, 475, 476, 477, 478, 479, 480, 489, 517 and 518. Such documents were submitted for, *in camera,* review. These documents are ORDERED SEALED and shall not be opened except by further Order of Court.

It is FURTHER ORDERED that Dr. John D. Valentine's Joinder in Colorado Medical Board's Supplemental Motion to Modify Subpoena Duces Tecum or for Protective Order and Request for Supplemental Order (docket no. 93) is GRANTED.

Date: July 21, 2011