## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 10-cv-03106-REB-MJW

ROBERT RECORD,

    Plaintiff,

v.

HEALTHONE OF DENVER, INC., a Tennessee corporation,
DENVER MID-TOWN SURGERY CENTER, LTD., a Colorado corporation,
COLORADO ANESTHESIA CONSULTANTS, P.C., a Colorado corporation, and
JOHN VALENTINE, M.D.

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Notice of Dismissal With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)** [#107][1] filed October 7, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Notice of Dismissal With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)** [#107] filed October 7, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for February 17, 2012, is **VACATED**;

3. That the jury trial set to commence March 5, 2012, is **VACATED**; and

---

[1] "[#107]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 11, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge